UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

NOV 0 4 2016

U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH WARRANT ) | CAUSE NO. 2:16-mj-00033 |
| ) | |
| ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Tiffany J. McCormick, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. McCormick
Assistant United States Attorney